# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

GABRIEL GONZALEZ, REG. #30515-112                                                      PLAINTIFF

V.                                  No. 2:16CV00119 JLH/JTR

C. RIVERA, Warden,
Forrest City Correctional Complex, et al.                                            DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After completing a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.     IT IS THEREFORE ORDERED that:

1.     Gonzalez may proceed with this First Amendment religion claims, RFRA claim, Fourteenth Amendment equal protection claim, and First Amendment retaliation claim against Rivera, Johnson, Landers, and Does.

2.     The Clerk is directed to prepare a summons on Rivera, Johnson, and Landers. The U.S. Marshal is directed to serve the summons, complaint, amended complaint, and this Order on them, the United States Attorney for the Eastern District of Arkansas, and the United States Attorney General, without prepayment of fees and costs or security therefor.

3.     Gonzalez's RLUIPA claim against all defendants is dismissed with prejudice.

4.     Gonzalez's Fourteenth Amendment due process claim against all Defendants is dismissed without prejudice.

5.     It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 12th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE