# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

GABRIEL GONZALEZ, REG. #30515-112                                              PLAINTIFF

v.                              No. 2:16CV00119 JLH/JTR

CARLOS RIVERA, Former Warden,
Forrest City Correctional Complex, et al.                                      DEFENDANTS

## **ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Gonzalez's motion for a preliminary injunction is denied. Document #23. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 25th day of May, 2017.

                                                                                    *J. Leon Holmes*
                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE