UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GABRIEL GONZALEZ, Reg. #30515-112                                                       PLAINTIFF

V.                                      No. 2:16CV00119 JLH/JTR

CARLOS RIVERA,
Former Warden, FCI-FC, et al.                                                           DEFENDANTS

**ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion to dismiss (Doc. No. 31) is granted in part and denied in part.

2. Gonzalez's retaliation claims against Rivera, Does, and Kruger are dismissed without prejudice.

3. Kruger is dismissed without prejudice as a defendant.

4. Gonzalez may proceed with his free exercise, establishment, and equal protection claims against Rivera, Johnson, Landers, and Does.

DATED this 24th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE