UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| GABRIEL GONZALEZ,<br>REG. #30515-112 | PLAINTIFF |
| v.     No. 2:16CV00119 JLH/JTR | |
| CARLOS RIVERA,<br>Former Warden, FCI-FC, et al. | DEFENDANTS |

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Document #88.

IT IS THEREFORE ORDERED THAT:

1. Defendants' Motion for Summary Judgment (Document #72) is GRANTED, and Plaintiff's Complaint is dismissed with prejudice; and

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith.

DATED this 21st day of September, 2018.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE