# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

GABRIEL GONZALEZ,                                                                                      PLAINTIFF
REG. #30515-112

v.                                    No. 2:16CV00119 JLH/JTR

CARLOS RIVERA,
Former Warden, FCI-FC, et al.                                                                       DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 21st day of September, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE